UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Erin C. Feine,                          :
        Plaintiff,                      :
                                        :
            v.                          : File No. 2:08 CV 163
                                        :
Michael J. Astrue,                      :
Commissioner of Social Security,        :
        Defendant.                      :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed February 13, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendant's motion to dismiss (Paper 6) is **GRANTED** and this case is **DISMISSED**.

Dated at Burlington, in the District of Vermont, this 9th day of March, 2009.


                        /s/ William K. Sessions III
                         William K. Sessions III
                         Chief Judge
                         U.S. District Court

1